UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZACK WHITTAKER,

      Plaintiff,

    v.

DEPARTMENT OF JUSTICE, et al.,

      Defendants.

Civil Action No. 26-1522 (JMC)

## DEFENDANTS' FIRST CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, the Department of Justice, and the Federal Bureau of Investigation, by and through undersigned counsel, respectfully file their first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendants seek a thirty-day extension—from June 17 to July 17, 2026. The Parties conferred under Local Civil Rule 7(m). Plaintiff courteously has consented to the relief sought herein. The grounds for this motion are as follows.

Plaintiff filed his Complaint under the Freedom of Information Act ("FOIA") on May 4, 2026. ECF No. 1. The United States Attorney's Office was served with the complaint and summons on May 18, 2026, making Defendants' response due June 17, 2026.

Defendants respectfully submit that there is good cause for the requested extension. First, due to matters and competing deadlines in many older, pending cases, undersigned counsel requires additional time to review the Complaint, investigate Plaintiff's claims, and confer with the agency. Second, the undersigned also needs more time to examine whether this case may be resolved (or the issues in dispute narrowed) without Court intervention. Third, Defendants need

sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  This is Defendants' first request for an extension.  There are no other existing deadlines in this case.  Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by his consent the relief sought herein) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint by forty-five days as set forth in the attached proposed order.

Dated:  June 11, 2026
        Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Mason D. Bracken* _____
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZACK WHITTAKER,

      Plaintiff,

  v.

DEPARTMENT OF JUSTICE, et al.,

      Defendants.

Civil Action No. 26-1522 (JMC)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' First Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' answer or response to the Complaint is extended until July 17, 2026.

IT IS SO ORDERED.

SIGNED:

_____          _____
Date                             JIA M. COBB
                                 United States District Judge